No. 68. · Alexander *v.* United States;

No. 69. Debeh *v.* Same;

No. 70. George M. Lindsay *v.* Same; and

No. 71. George M. Lindsay, Jr., *v.* Same. October 17, 1938. Petition for writs of certiorari ·to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Leonidas C. Dyer* and *Patrick H. Cullen* for petitioners. *Solicitor General Jackson,* and *Messrs. Hugh A. Fisher, William W. Barron,* and *W. Marvin Smith* for the United States. Reported below: 95 F. 2d 873.

No. 411. Lindsey et al. *v.* Washington. October 24, 1938. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *Elbert B. Lindsey, pro se. E. R. Lindsey, pro se.* No appearance for respondent.

No. 379. Scarborough et al. *v.* Long et al. October 24, 1938. Petition for writ of certiorari to the Supreme Court of Georgia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph B. Brennan* for petitioners. *Mr. W. D. Thomson* for respondent.

No. 402. Tompkins *v.* Erie Railroad Co. October 24, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Alexander L. Strouse* for petitioner. No appearance for respondent.